# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

G&G CLOSED CIRCUIT EVENTS,
LLC, as Broadcast Licensee of the May
8, 2021, Saul "Canelo" Alvarez v. Billy
Joe Saunders Championship Fight
Program

v.

BAR SANTE FE LLC, Individually,
and d/b/a MI RAZA BAR & GRILL,
and GERARDO SANCHEZ,
Individually, and d/b/a MI RAZA BAR
& GRILL

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 3:23-CV-0370-S

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 28, 2024.

**UNITED STATES DISTRICT JUDGE**