# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, as Broadcast Licensee of the May 8, 2021, Saul "Canelo" Alvarez v. Billy Joe Saunders Championship Fight Program | § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0370-S |
| BAR SANTE FE LLC, Individually, and d/b/a MI RAZA BAR & GRILL, and GERARDO SANCHEZ, Individually, and d/b/a MI RAZA BAR & GRILL | § § § § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion for Default Judgment [ECF No. 9] is **GRANTED**.

Plaintiff G&G Closed Circuit Events, LLC, as Broadcast Licensee of the May 8, 2021, Saul "Canelo" Alvarez v. Billy Joe Saunders Championship Fight Program is awarded actual and statutory damages against Defendants Bar Sante Fe LLC, individually and d/b/a Mi Raza Bar & Grill, and Gerardo Sanchez, individually and d/b/a Mi Raza Bar & Grill, jointly and severally, in the amount of $6,000 in statutory damages and $6,000 in additional damages exclusive of costs, reasonable attorneys' fees, and prejudgment interest, and Plaintiff is awarded $2,400 in attorney's fees, for a total award of $14,400.

It is further **ORDERED** that prejudgment interest shall accrue at the rate of 10% per annum and costs will be taxed against Defendants, jointly and severally.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED June 28, 2024.

_____
**UNITED STATES DISTRICT JUDGE**